JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  John_Reichmuth@fd.org

Counsel for Defendant GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CANDIDO GARCIA,<br><br>Defendant. | **Case No.:** CR 20–0438-HSG; CR 20-0441 -HSG<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the SENTENCING ON REVOCATION HEARING presently set for October 26, 2022 at 10:00 AM before the Hon. Haywood S. Gilliam, Jr. be CONTINUED until November 2, 2022 at 10:00 AM. The Probation Officer has been consulted and has informed counsel that he is available and does not object to the requested continuance.

The reason for this request is to allow the parties additional time to secure an in-patient placement for Mr. Garcia, which will be the jointly proposed disposition.

Dated: October 25, 2022

STEPHANIE M. HINDS
United States Attorney

By: _____/S_____
CYNTHIA JOHNSON
Special Assistant United States Attorney

Dated: October 25, 2022

JODI LINKER
Federal Public Defender

_____/S_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

**ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that the SENTENCING ON REVOCATION HEARING presently set for October 26, 2022 at 10:00 AM before the Hon. Haywood S. Gilliam, Jr. be CONTINUED until November 2, 2022 at 10:00 AM.

Dated: October 26, 2022

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge